JOHN W. HUBER, United States Attorney (#7226)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682



FILED
U.S. DISTRICT COURT
2019 NOV -6  A 11: 30
DISTRICT OF UTAH
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | VIOS. COUNT 1, 18 U.S.C. § 2113(a),(d), ARMED BANK ROBBERY; |
| vs. | COUNT 2, 18 U.S.C. § 924(c), USING, CARRYING AND BRANDISHING A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE; |
| CHARLES NATHAN ARRINGTON, | COUNT 3, 18 U.S.C. § 922(g)(1), FELON IN POSSESSION OF FIREARMS AND AMMUNITION; |
| Defendant. | COUNT 4, 18 U.S.C. § 2113(a), BANK ROBBERY. |

Case: 1:19-cr-00109
Assigned To : Parrish, Jill N.
Assign. Date : 11/6/2019
Description:

The Grand Jury Charges:

**COUNT 1**
(Armed Bank Robbery)
18 U.S.C. § 2113(a), (d)

On or about October 17, 2019, in the Northern Division of the District of Utah,

**CHARLES NATHAN ARRINGTON,**

the defendant herein, by force, violence, and intimidation did take from the person and

presence of others, employees of the Wells Fargo Bank, 1435 N. Hill Field, Layton, Utah,

U.S. Currency, belonging to and in the care, custody, control, management, and

possession of the Wells Fargo Bank, a bank whose deposits are and on the date of the robbery were then insured by the Federal Deposit Insurance Corporation (FDIC); and in committing and attempting to commit the above-described offense, did assault and put in jeopardy the lives of others by the use of a dangerous weapon and device; all in violation of 18 U.S.C. § 2113(a), (d).

## COUNT 2
(Using, Carrying and Brandishing a Firearm During and in Relation to a Crime of Violence)
18 U.S.C. § 924(c)

On or about October 17, 2019, in the Northern Division of the District of Utah,

**CHARLES NATHAN ARRINGTON,**

the defendant herein, during and in relation to a crime of violence, that is, the armed bank robbery described in Count 1 of this Indictment, knowingly used, carried and brandished a firearm, that is, a .41 caliber revolver; all in violation of 18 U.S.C. § 924(c).

## COUNT 3
(Felon in Possession of Firearms and Ammunition)
18 U.S.C. § 922(g)(1)

On or about October 17, 2019 through on or about October 24, 2019, in the Central and Northern Divisions of the District of Utah,

**CHARLES NATHAN ARRINGTON,**

the defendant herein, having previously and knowingly been convicted of a crime punishable by imprisonment for more than one year (1) year, did knowingly possess firearms and ammunition, to wit: a .41 caliber revolver and a 9mm handgun, and

associated ammunition, and the firearms and ammunition were in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(1).

## COUNT 4
(Bank Robbery)
18 U.S.C. § 2113(a)

On or about October 19, 2019, in the Northern Division of the District of Utah,

**CHARLES NATHAN ARRINGTON,**

the defendant herein, by force, violence, and intimidation did take from the person and presence of others, employees of the Wells Fargo Bank, 250 N. Main Street, Kaysville, Utah, U.S. Currency, belonging to and in the care, custody, control, management, and possession of the Wells Fargo Bank, a bank whose deposits are and on the date of the robbery were then insured by the Federal Deposit Insurance Corporation (FDIC); all in violation of 18 U.S.C. § 2113(a).

A TRUE BILL:

/S/
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

CARLOS A. ESQUEDA
Assistant United States Attorney

3